**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**RAYFORD PRYOR, JR.**                                                          **PLAINTIFF**
**ADC #108089**

**v.**                              **CASE NO. 2:19-CV-00146 BSM**

**DAVID WEST, Sheriff, *et al.***                                              **DEFENDANTS**

## JUDGMENT

    Consistent with the order entered today, this case is dismissed without prejudice.

    IT IS SO ORDERED this 1st day of April 2020.

_____
UNITED STATES DISTRICT JUDGE